Case 3:22-mj-03758-BLM   Document 1   Filed 10/14/22   PageID.1   Page 1 of 4



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. <u>22MJ3758-BLM</u> |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1324(a)(1)(A)(ii) Transportation of Illegal Aliens |
| Issak Isaiah MONGE, | Title 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer (Felony) |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

Count One

On or about October 13, 2022, within the Southern District of California, defendant Issak Isaiah MONGE, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Elvis HERNANDEZ-Perez Adolfo PEREZ-Silvestre and, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

On or about October 13, 2022, within the Southern District of California, defendant, Issak Isaiah MONGE, did intentionally and forcibly assault, a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Supervisor Border Patrol Agent J. Hilsenroth, such acts involving use of a dangerous weapon to wit: Defendant assaulted Agent Hilsenroth by accelerating his vehicle directly toward Agent Hilsenroth while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 14, 2022.

HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Issak Isaiah MONGE

## PROBABLE CAUSE STATEMENT

The complainant states that Elvis HERNANDEZ-Perez and Adolfo PEREZ-Silvestre, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 13, 2022, Border Patrol Agent H. Foell was working assigned duties at the Brown Field Border Patrol Station. At approximately 10:09 AM, Agent Foell received an alert from a visual detection device and observed two individuals running towards a black Range Rover and informed agents via service radio of his observations. Border Patrol Agent A. Castillo was near Cochera Via Drive and observed the Range Rover. Agent Castillo began to follow the Range Rover and requested records through San Diego Sector Dispatch. Agent Castillo was notified that the Range Rover was involved in a failure to yield (FTY) incident a few weeks prior and was advised that the Brown Field State Route 94 Border Patrol Checkpoint was operational, and agents would be standing by for the vehicle.

Border Patrol Agent E. Penagos was assigned to primary inspection at the checkpoint and at approximately 10:20 AM, the range Rover arrived at primary. Agent Penagos placed a Vehicle Immobilization Device (VID) by the front driver side tire and approached the driver. Supervisory Border Patrol Agent E. Guerrero approached the vehicle from the passenger side and placed a VID in front of the passenger side tire. Agent Penagos asked the driver, later identified as the defendant, Issak Isaiah MONGE, to lower the rear windows. Monge said "Yes" and accelerated, running over both VID's, and crashing into the concrete barrier by Agent Guerrero. MONGE continued driving at a high rate of speed almost striking other vehicles exiting the checkpoint. Supervisory Border Patrol Agent J. Hilsenroth, was in the secondary inspection area getting a VID out of the back of his vehicle, when the Range Rover driven by MONGE swerved directly at Agent Hilsenroth causing him to run out of the way to avoid being hit.

Agent Hilsenroth got into his vehicle and began to pursue the Range Rover. Agent Hilsenroth attempted three Precision Immobilization Technique (PIT) maneuvers without success. After the final PIT maneuver, the Range Rover slowed down, causing Agent Hilsenroth to pass the Range Rover and his vehicle' getting struck from behind by the Range Rover. Agent Hilsenroth slowed to stop causing the Range Rover to pull over. MONGE was removed from the vehicle and at approximately 10:35 AM, Agent Hilsenroth placed MONGE under arrest.

**CONTINUATION OF COMPLAINT:**
Issak Isaiah MONGE

Border Patrol Agent F. Gaspar who was assisting in the vehicle pursuit, approached the Range Rover and saw two individuals trying to conceal themselves in the rear seats. Agent Gaspar identified himself as a Border Patrol Agent and conducted an immigration inspection on both individuals, later identified as material witnesses, Elvis HERNANDEZ-Perez, and Adolfo PEREZ-Silvestre. HERNANDEZ and PEREZ stated that they are citizens of Mexico without immigration documents allowing then to enter or remain in the United States legally. At approximately 10:35 AM, Agent Gaspar placed HERNANDEZ and PEREZ under arrest.

On October 13, 2022, material witnesses Elvis HERNANDEZ-Perez and Adolfo PEREZ-Silvestre stated they are citizens of Mexico without proper immigration documentation allowing them to enter or remain in the United States legally. HERNANDEZ and PEREZ stated smuggling arrangements were made prior to entering the United States. HERNANDEZ and PEREZ stated they were going to pay approximately $10,000 USD if successfully smuggled into the United States. HERNANDEZ and PEREZ stated there was a foot guide in the group, but once they entered the vehicle the foot guide walked back to Mexico. HERNANDEZ and PEREZ stated the foot guide told them it would be a black, four door vehicle. HERNANDEZ and PEREZ stated when they entered the vehicle, the driver instructed them to lay down in the Spanish language. HERNANDEZ and PEREZ stated once they got to the checkpoint, agents approached the vehicle and the driver sped off. HERNANDEZ stated he felt like the driver hit something and he heard a pop. HERNANDEZ and PEREZ stated they heard the tires were flat and the driver kept on going. PEREZ stated he felt that the driver hit two vehicles. HERNANDEZ and PEREZ stated they were scared for their life. HERNANDEZ was shown a photographic line up and was able to positively identify MONGE as the driver of the vehicle in this event.